

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jaguar Energy Services, LLC, Appellant

No. 06-25-00066-CV          v.

VIP Well Services, LLC, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 24-0226).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Jaguar Energy Services, LLC, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 24, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk